IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:19-MJ- 2255 -D

|                                      |   |           |
|--------------------------------------|---|-----------|
| IN RE:  NO ENTRY TO COURTHOUSE       | ) | **ORDER** |
| MR. TELVIN BURNETT                   | ) |           |

On October 17, 2019, Mr. Telvin Burnett was observed being disruptive during trial proceedings. Mr. Telvin Burnett is prohibited from entering the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina 27601, for the duration of the trial of United States v. Demetrice R. Devine, et al., No. 5:16-CR-12 (E.D.N.C.)

SO ORDERED. This 18 day of October 2019.

JAMES C. DEVER III
United States District Judge